IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOM SWAMY,

    Plaintiff,

v.

TITLE SOURCE, INC.,

    Defendant.

No. C 17-1175 WHA

**ORDER DENYING PRO HAC VICE APPLICATIONS OF ATTORNEYS GALVIN B. KENNEDY, MARSHALL M. HOGG, AND JEFFREY B. MORGANROTH**

The *pro hac vice* applications of Attorneys Galvin B. Kennedy, Marshall M. Hogg, and Jeffrey B. Morganroth (Dkt. Nos. 18, 19, 22) are **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of Texas" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

    **IT IS SO ORDERED.**

Dated: May 9, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE