IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOM SWAMY,

    Plaintiff,

  v.

TITLE SOURCE, INC.,

    Defendant.

No. C 17-1175 WHA

**ORDER DENYING SECOND PRO HAC VICE APPLICATIONS OF ATTORNEYS GALVIN B. KENNEDY AND MARSHALL M. HOGG**

The *pro hac vice* applications of Attorneys Galvin B. Kennedy and Marshall M. Hogg (Dkt. Nos. 34–35) are **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the State Bar of Texas" — is inadequate under the local rule because it fails to identify a *specific court*. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: May 15, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE