**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Som Swamy )
                                      ) Case No: 3:17-cv-01175-V
                    Plaintiff(s), )
                                      ) **APPLICATION FOR**
      v. ) **ADMISSION OF ATTORNEY**
                                      ) **PRO HAC VICE**
Title Source, Inc. ) (CIVIL LOCAL RULE 11-3)
                                      )
                  Defendant(s). )
                                      )

      I, /s/ Jeffrey B. Morganroth_____, an active member in good standing of the bar of Supreme Court of Michigan , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Title Source, Inc._____ in the above-entitled action. My local co-counsel in this case is James Nelson/Lindsay E. Hutner_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Morganroth & Morganroth, PLLC, 344 N. Old Woodward, #200, Birmingham, MI 48009 | Greenberg Traurig, 1201 K Street, Suite 1100 Sacramento, CA 95814 |
| MY TELEPHONE # OF RECORD:<br>(248) 864-4000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 655-1312 |
| MY EMAIL ADDRESS OF RECORD:<br>jmorganroth@morganrothlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>nelsonj@gtlaw.com; hutnerl@gtlaw.com |

      I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P41670_____.

      A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

      I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

      *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/09/17

                                    /s/ Jeffrey B. Morganroth
                                              APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

      IT IS HEREBY ORDERED THAT the application of /s/ Jeffrey B. Morganroth_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 15, 2017.

                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE