# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SOM SWAMY, on Behalf of Himself and on Behalf of All Others Similarly Situated

Plaintiff(s),

v.

TITLE SOURCE, INCORPORATED

Defendant(s).

Case No: 3:17-cv-01175

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __PETER S. WAHBY__, an active member in good standing of the bar of __USDC-Northern District of Texas__ hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __TITLE SOURCE, INCORPORATED__ in the above-entitled action. My local co-counsel in this case is __James N. Nelson and Lindsay E. Hutner__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>GREENBERG TRAURIG, LLP<br>2200 Ross Avenue, Suite 5200<br>Dallas, Texas 75201 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>GREENBERG TRAURIG, LLP<br>1201 K Street, Suite 1100<br>Sacramento, CA 95814-3938 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(214) 665-3662 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(916) 442-1111 |
| MY EMAIL ADDRESS OF RECORD:<br>wahbyp@gtlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>nelsonj@gtlaw.com; hutnerl@gtlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __24011171__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: April 5, 2017

_____
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __PETER S. WAHBY__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 15, 2017.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                           October 2012