IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOM SWAMY,<br><br>    Plaintiff,<br><br>  v.<br><br>TITLE SOURCE, INC.,<br><br>    Defendant.<br>_____/ | No. C 17-1175 WHA<br><br>**REQUEST FOR RESPONSE TO PLAINTIFF'S MOTION FOR CONTINUANCE AND TO CONDUCT LIMITED DISCOVERY RE VENUE** |

Defendant shall respond to plaintiff's motion for a continuance and his request to conduct venue-related discovery by **TOMORROW, MAY 17** at **NOON**.

**IT IS SO ORDERED.**

Dated: May 16, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE