IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOM SWAMY,

    Plaintiff,

  v.

TITLE SOURCE, INC.,

    Defendant.

/

No. C 17-1175 WHA

**ORDER GRANTING LIMITED VENUE-RELATED DISCOVERY**

Plaintiff Som Swamy moved for a continuance of the hearing on defendant's motion to transfer venue, and limited venue-related discovery. Defendants oppose this motion.

After considering the arguments from both sides, this order continues the hearing on defendant's motion to transfer venue by one week. The new hearing is set for **JUNE 8** at **8:00 A.M.** Within the next seven days, plaintiff may take a two-hour deposition of Brian Hughes, the Chief Operating Officer for Title Source, Inc., who submitted a declaration in support of defendant's motion to transfer. The deposition will take place in Detroit. Plaintiff may also propound five interrogatories regarding venue with no sub-parts, no definitions and no instructions by **MONDAY, MAY 22** at **NOON.** Defendant shall respond to these interrogatories within seven days. Plaintiff may not make any requests for production.

Within one week of Hughes' deposition, both parties may supplement their arguments regarding the motion to transfer with excerpts therefrom and information uncovered by interrogatories.

**IT IS SO ORDERED.**

Dated: May 18, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE