# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOM SWAMY </br></br> Plaintiff(s), </br></br> v. </br></br> TITLE SOURCE, INCORPORATED </br></br> Defendant(s). | Case No: 3:17-cv-01175 </br></br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** </br> (CIVIL LOCAL RULE 11-3) |

I, William M. Hogg, an active member in good standing of the bar of USDC - Southern District of TX, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Som Swamy in the above-entitled action. My local co-counsel in this case is Lorrie T. Peeters, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kennedy Hodges, LLP 4409 Montrose Blvd., #200 Houston, TX 77006 | Caffarelli & Assoc. 102265 Beardon Dr. Cupertino, CA 95014 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (713) 523-0001 | (408) 216-0599 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| whogg@kennedyhodges.com | lpeeters@caffarelli.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 3060906.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/16/17

William M. Hogg
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of William M. Hogg is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 18, 2017.

UNITED STATES DISTRICT/MAGISTRATE JUDGE