IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOM SWAMY,<br><br>    Plaintiff,<br><br>  v.<br><br>TITLE SOURCE, INC.,<br><br>    Defendant. | No. C 17-1175 WHA<br><br>**ORDER DENYING<br>MOTION TO DISMISS** |

As indicated, plaintiff's amended complaint renders defendant's motion to dismiss moot (Dkt. No. 44 at 2). Accordingly, the motion is **DENIED AS MOOT** without prejudice to a new motion directed at the amended complaint.

**IT IS SO ORDERED.**

Dated: May 22, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE