Mark D. Kemple (SBN 145219)
Adil M. Khan (SBN 254039)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: kemplem@gtlaw.com; khanad@gtlaw.com

Peter S. Wahby (*Admitted Pro Hac Vice*)
GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 95201
Telephone: (214) 665-3662
Facsimile: (214) 665-3601
wahbyp@gtlaw.com

Jeffrey Morganroth (*Admitted Pro Hac Vice*)
MORGANROTH AND MORGANROTH PLLC
344 N. Old Woodward Avenue, Suite 200
Birmingham, MI 48009
Telephone: (248) 864-4000
Facsimile: (248) 864-4001
JMorganroth@morganrothlaw.com

Attorneys for Defendant
TITLE SOURCE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOM SWAMY, on Behalf of Himself and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TITLE SOURCE, INCORPORATED,<br><br>Defendant. | CASE NO. 3:17-cv-01175-WHA<br><br>~~[PROPOSED]~~ ORDER RE STIPULATION GRANTING EACH PARTY LEAVE TO FILE AMENDED PLEADINGS AS AMENDED<br><br>*Complaint Filed March 7, 2017*<br>*First Amend. Complaint filed May 9, 2017* |

In light of the stipulation submitted by Plaintiff Som Swamy ("Plaintiff") and Defendant Title Source, Inc. ("Title Source") pursuant to Federal Rule of Civil Procedure 15(a)(2), and good cause appearing therefore, **IT IS HEREBY ORDERED** that:

1. Plaintiff may seek leave to file and serve a Second Amended Complaint on or before on or before November 17, 2017; and

2. On or before December 1, 2017, Title Source may file: (a) a responsive pleading or motion in response to the Second Amended Complaint (if one is filed), or (b) an amended Answer to the First Amended Complaint (if Plaintiff does not file a Second Amended Complaint).

**IT IS SO ORDERED.**

Dated: October 31, 2017



Honorable
Judge
United States District Court

2  Case No. 3:17-cv-01175-WHA