IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOM SWAMY, on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TITLE SOURCE, INC.,<br><br>Defendant. | No. C 17-01175 WHA<br><br>**ORDER RE TOLLING** |

Defendant Title Source shall please inform the Court by **FRIDAY, NOVEMBER 3, AT 9:00 A.M.** whether it will agree to tolling the statute of limitations as to all potential opt-ins from now until a later notice is sent in the event that both notices are done together at a later date. The response need only provide a yes or no answer.

**IT IS SO ORDERED.**

Dated: November 1, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE