Caffarelli & Associates Ltd.

Lorrie T. Peeters (CA Bar No. 276367)
10265 Beardon Dr.
Cupertino, CA 95014
Phone: (408) 216-0599
Fax:     (312) 577-0720
Email: lpeeters@caffarelli.com

*Local Counsel for Plaintiff*

Kennedy Hodges, LLP

Don Foty (TX Bar No. 24050022) (admitted *pro hac vice*)
4409 Montrose Blvd, Suite 200
Houston, Texas 77006
Phone: (713) 523-0001
Fax:     (713) 523-1116
Email: dfoty@kennedyhodges.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOM SWAMY, on Behalf of Himself and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TITLE SOURCE, INCORPORATED,<br><br>Defendant. | Case No.:_3:17-cv-01175-WHA<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Hearing Date: December 28, 2017<br>Time:               8:00 a.m.<br>Courtroom:    8<br>Judge:             Hon. William H. Alsup<br>_____ |

The Motion for Leave to file Plaintiff's Second Amended Complaint brought by Plaintiff Som Swamy came before the Court. The Parties, having been represented by Counsel, and the Court, having considered the Motion and the arguments of counsel, finds that Plaintiff's Motion for Leave should be GRANTED.

Therefore, it is hereby ORDERED that Plaintiff is granted leave of Court to file his Second Amended Complaint. He shall file the second amended complaint by no later than December 7, 2017.

IT IS SO ORDERED

Dated: November 27, 2017.

_____
Hon. William H. Alsup
Judge, United States District Court